9650020

# 71966-097

# UNITED STATES DISTRICT COURT

2014 OCT 15 PM 12: 01

EASTERN DISTRICT OF CALIFORNIA

—oOo—

**FILED**

OCT 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES OF AMERICA**
**V.**

Andre JAMISON

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

**214 - MJ - 0 2 4 3    CKD**

YOU ARE HEREBY COMMANDED to arrest  Andre JAMISON

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
COUNT ONE:    Conspiracy to Commit a Robbery Affecting Interstate Commerce in Violation of 18 U.S.C. § 1951(a);
COUNT TWO:   Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in violation of
21 U.S.C. §§ 846, 841(a)(1);
COUNT THREE:   Brandishing a Firearm in Furtherance of a Crime of Violence and Drug Trafficking Crime, as charged in
Counts One and Two, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

Carolyn K. Delaney
_____
Name of Issuing Officer

_____
Signature of Issuing Officer

U.S. Magistrate Judge
_____
Title of Issuing Officer

October 15, 2014, in Sacramento, California
_____
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Yuba City, CA

| DATE RECEIVED | 10-15-14 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 10-23-14 | BRIAN NEHRING DEA SA | |